IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blanchette, Ronald | Case Number: 07 B 18172 |
|---|---|---|
| | Blanchette, Kari A | Judge: Hollis, Pamela S |
| | Printed: 4/22/08 | Filed: 10/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,823.00 |
| Trustee Fee: | | 218.23 |
| Other Funds: | | 2,458.77 |
| Totals: | 6,500.00 | 6,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert N Honig | Administrative | 3,823.00 | 3,823.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 1,125.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 47,762.06 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 5,351.03 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 2,661.31 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 313,829.82 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 638.96 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 555.58 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 966.49 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 6,727.33 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 707.20 | 0.00 |
| 13. | B-Real LLC | Unsecured | 345.65 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 2,577.60 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 467.91 | 0.00 |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 387,538.94 | $ 3,823.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 218.23 |
| | $ 218.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Blanchette, Ronald
Blanchette, Kari A
Printed:  4/22/08

Case Number:  07 B 18172
Judge:  Hollis, Pamela S
Filed:  10/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

